B18J (Form 18J) (08/07)

# United States Bankruptcy Court
Eastern District of Virginia
600 Granby St., Room 400
Norfolk, VA 23510

**Case Number** 11−75053−SCS
**Chapter** 7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Gary Martin Kidwell                Katherine Powell Kidwell
2602 Holly Point Blvd              2602 Holly Point Blvd
Chesapeake, VA 23325               Chesapeake, VA 23325

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
Debtor: xxx−xx−7141                Joint Debtor: xxx−xx−5254

Employer Tax−Identification (EIN) No(s).(if any):
Debtor: NA                         Joint Debtor: NA

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge,

**IT IS ORDERED:**

Gary Martin Kidwell and Katherine Powell Kidwell are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**FOR THE COURT**

Dated: April 24, 2012                William C. Redden, CLERK

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

*Form 18J (08/07)*

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                  Case No. 11-75053-SCS
Gary Martin Kidwell                                                     Chapter 7
Katherine Powell Kidwell
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0422-8    User: williamsp    Page 1 of 3    Date Rcvd: Apr 24, 2012
                        Form ID: B18       Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2012.
```
db/jdb     +Gary Martin Kidwell,    Katherine Powell Kidwell,    2602 Holly Point Blvd,
             Chesapeake, VA 23325-4638
cr         +Aurora Bank, FSB,   c/o McCabe, Weisberg & Conway,    312 Marshall Avenue,   Suite 800,
             Laurel, MD 20707-4808
10809042   +ACI, LLC,    2420 Sweet Home Road,   Ste 150,   Buffalo, NY 14228-2244
10809044    BAC Home Loans Servicing,    P.O. Box 5170,   Simi Valley, CA 93062-5170
10809049   +Chesapeake GDC,    Civil Division,   307 Albemarle Drive, Suite 100,   Chesapeake, VA 23322-5591
10809050   +Chesapeake Gen. District Court,    Civil Division,    307 Albemarle Drive,
             Chesapeake, VA 23322-5578
10809052   +Citizens Auto Finance,    480 Jefferson Blvd,   Warwick, RI 02886-1359
10809053    Direct Loans,   U.S. Dept of Education,    P.O. Box 530260,   Atlanta, GA 30353-0260
10809055   +Glasser & Glasser,    Collections Dept.,   PO Box 3400,   Norfolk, VA 23514-3400
10809057   +Indian Cove Resort,    1053 Sandbridge Road,   Virginia Beach, VA 23456-4598
10809059   +N-Telos,   1412 Greenbrier Pkwy, Ste. 118,    Chesapeake, VA 23320-2833
10809060   +Rubenstein and Cogan,    12 South Summit Ave. Ste. 250,    Gaithersburg, MD 20877-2092
10809062   +SunTrust Bank,    P.O. Box 85526,   Richmond, VA 23285-5526
10809640   +U.S. Attorney's Office,    101 W. Main Street,   Suite 8000,   Norfolk, VA 23510-1651
11020860    US Departnment of Education,    Direct Loan Servicing Center,    PO BOX 5609,
             Greenville, TX 75403-5609
10809063   +VA Dept of Taxation,   ATTN: Lavern White-Taylor,    POB 27407,   Richmond, VA 23261-7407
10809064   +Zwicker & Associates,    80 Minuteman Road,   Andover, MA 01810-1008
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr         +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Apr 25 2012 03:36:17    RBS Citizens, N.A.,
             c/o Ascension Capital Group,   PO Box 201347,    Arlington, TX 76006-1347
10809043    E-mail/Text: ALSBankruptcy@aurorabankfsb.com Apr 25 2012 03:20:09    Aurora Loan Services,
             P.O. Box 1706,   Scottsbluff, NE 69363-1706
10809046    E-mail/Text: bankruptcy@bbandt.com Apr 25 2012 02:59:35    Branch Banking & Trust Company,
             Bankruptcy Section/100-50-01-51,    P.O. Box 1847,   Wilson, NC 27894
10809045   +EDI: BANKAMER2.COM Apr 25 2012 02:48:00    Bank of America,   P.O. Box 17054,
             Wilmington, DE 19884-0001
10809047   +EDI: CHASE.COM Apr 25 2012 02:48:00    Chase,   Card Services,   P.O. Box 15298,
             Wilmington, DE 19850-5298
10809048    EDI: CHASE.COM Apr 25 2012 02:48:00    Chase Cardmember Services,    P.O. Box 15548,
             Wilmington, DE 19886-5548
10809051    EDI: CITICORP.COM Apr 25 2012 02:48:00    Citi,   P.O. Box 6500,   Sioux Falls, SD 57117-6500
10816827    EDI: BANKAMER2.COM Apr 25 2012 02:48:00    FIA CARD SERVICES, N.A.,    PO Box 15102,
             Wilmington, DE 19886-5102
10809058    EDI: IRS.COM Apr 25 2012 02:48:00    Internal Revenue Svc.-CIO,    POB 7346,
             Philadelphia, PA 19101-7346
10809061   +EDI: SALMAESERVICING.COM Apr 25 2012 02:48:00    Sallie Mae,   1002 Arthur Drive,
             Lynn Haven, FL 32444-1683
10834590   +EDI: STF1.COM Apr 25 2012 02:48:00    SunTrust Bank,    Attn: Support Services,   P.O. Box 85092,
             Richmond, VA 23286-0001
10849826    EDI: USBANKARS.COM Apr 25 2012 02:48:00    ELAN FINANCIAL SERVICES,    BANKRUPTCY DEPARTMENT,
             P.O. BOX 5229,   CINCINNATI, OH 45201-5229
10809054    EDI: USBANKARS.COM Apr 25 2012 02:48:00    Elan Financial Services,    P.O. Box 790408,
             Saint Louis, MO 63179-0000
                                                                                              TOTAL: 13
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr          Bank of America,N.A., successor by merger to BAC H
10809056   ##+Holly Point Apartments,   2410 Holly Pt. Blvd,   Chesapeake, VA 23325-4670
                                                                                   TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0422-8           User: williamsp              Page 2 of 3                   Date Rcvd: Apr 24, 2012
                               Form ID: B18                 Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 26, 2012**                              **Signature:**   *Joseph Speetjens*

```
District/off: 0422-8           User: williamsp             Page 3 of 3                   Date Rcvd: Apr 24, 2012
                               Form ID: B18                Total Noticed: 30
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2012 at the address(es) listed below:
          Abby Kelley Moynihan    on behalf of Creditor   Aurora Bank, FSB bankruptcyva@mwc-law.com
          D. Carol Sasser    on behalf of Creditor   Bank of America,N.A., successor by merger to BAC Home
           Loans Servicing, LP fka Countrywide Home Loans Servicing LP dsasser@siwpc.com,
           rjones@siwpc.com;kthomas@siwpc.com;kbeaudoi@siwpc.com;clacerte@siwpc.com;selliott@siwpc.com;lgodw
           in@siwpc.com
          John C. McLemore    ch7trustee@verizon.net;,   VA36@ecfcbis.com;regina_ch7@verizon.net
          Steve C. Taylor    on behalf of Debtor Gary Kidwell bankruptcyattorney@call54legal.com,
           bkparalegal@call54legal.com
                                                                                    TOTAL: 4